UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE, et al.

V.

ANCHOR GLASS CONTAINER, et al.

CASE NUMBER: CIVIL 97-1381 (RLA)

RECEIVED & FILED
1999 SEP 20 AM 7:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 9/16/99   Docket # 91<br>[ ] Plffs         [X] CoDeft<br>OWENS-BROCKWAY GLASS CONTAINER, INC.<br><br>Title: Motion For Brief Extension of Time | GRANTED as requested until September 20, 1999. |

September 17, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

BY:           #93

3