IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 SEP 30  AM 7: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

1

2

3    RANGEL VAZQUEZ APONTE
     et al.,
4
          Plaintiffs,
5
6         v.                                 CIVIL NO. 97-1381 (RLA)
7    OWENS BROCKWAY, INC., et al.,
8         Defendants.
9    _____

10

11

12          **MINUTES AND ORDER OF INITIAL SCHEDULING CONFERENCE**
                     **HELD ON SEPTEMBER 23, 1999**
13

14          The parties appeared before the Court on September 23, 1999,

15   from 3:30 p.m. to 4:00 p.m. for an Initial Scheduling Conference.

16          ISABEL M. GUILLEN, Esq. appeared on behalf of plaintiffs. Co-

17   defendant OWENS-BROCKWAY GLASS CONTAINER, INC. (OWENS BROCKWAY) was

18   represented by RICARDO CASELLAS, Esq., and co-defendant BEVERAGE

19   CANNERS INTERNATIONAL CORPORATION (BEVERAGE CANNERS) appeared through

20   VIRGILIO MENDEZ CUESTA, Esq.

21
22          The Court inquired of counsel as to the status of discovery,

23   which was renewed after the complaint was amended to bring in

24   defendants OWENS BROCKWAY and BEVERAGE CANNERS.

25

26

AO 72
(Rev 8/82)

CIVIL NO. 97-1381 (RLA)                                          Page 2

Counsel for defendants indicated that they had begun review of the earlier discovery materials and expected to be finished examining same within 30 days.  Defendants also indicated that inspection of the glass fragment allegedly found after the accident as well as plaintiffs' expert report was essential to their determination as to how to proceed with discovery in this action.

Accordingly, IT IS HEREBY ORDERED as follows:

**No later than October 8, 1999,** plaintiffs shall provide the glass shard/fragment to counsel for OWENS BROCKWAY, with a representation by plaintiffs' counsel that it is the same fragment of glass previously inspected by DR. RONALD CAPORALI.

**No later than October 22, 1999,** plaintiffs shall provide to opposing counsel MR. THOMAS SERVICE's report.  Plaintiffs are admonished that if this expert report fails to comply with the requirements of Rule 26 F.R.Civ.P., it shall once again be stricken for noncompliance.

**Disclosure re: Plaintiffs' Orthopedic Surgeon**

The Court disclosed to counsel for the parties that DR. ORLANDO FERNANDEZ had operated on the undersigned's knee several years ago and asked if they had any objections to the Court's participation in

CIVIL NO. 97-1381 (RLA)                                          Page 3
1  _____

2

3  this action given the undersigned's doctor-patient relationship with

4  DR. FERNANDEZ, plaintiffs' medical expert.  Counsel indicated they

5  had no objections.

6                              DISCOVERY

7      The JOINT INITIAL SCHEDULING CONFERENCE MEMORANDUM filed by the

8
   parties on September 17, 1999 (**docket No. 92**) is hereby APPROVED,
9
10 subject to the modifications set forth below for the conclusion of

11 discovery in these proceedings.

12                     AMENDMENT TO THE PLEADINGS

13     There shall be no further amendments to the pleadings.

14                         WRITTEN DISCOVERY

15
       All WRITTEN DISCOVERY, i.e., interrogatories, requests for
16
17 production of documents, requests for admissions, etc. shall be

18 propounded **no later than October 29, 1999.**

19                    DEPOSITIONS OF FACT WITNESSES

20
       All DEPOSITIONS OF FACT WITNESSES, including the parties, shall
21
22 be concluded **no later than November 30, 1999.**

23

24

25

26

AO 72
(Rev 8/82)

CIVIL NO. 97-1381 (RLA)                                          **Page 4**

_____

### EXPERT WITNESSES

#### A.   <u>Plaintiffs' Expert Witness(es)</u>

The REPORT of all expert witnesses plaintiffs intend to utilize at trial shall be provided to defendants **no later than October 29, 1999.**

The DEPOSITION of plaintiffs' expert witness(es) shall be taken **no later than November 30, 1999.**

#### B.   <u>Defendant's Expert Witness(es)</u>

The REPORT(s) of **all** expert witness(es) defendants intend to use at trial shall be provided to plaintiffs **no later than November 15, 1999.**

The DEPOSITION(s) of defendants' expert witness(es) shall be taken **no later than December 15, 1999.**

The parties are admonished that **all** written expert reports shall include:

"[A] **complete statement** of all opinions to be expressed and the basis and **reasons therefor**; the data or other information considered by the witness in forming the opinions; any **exhibits** to

CIVIL NO. 97-1381 (RLA)                                    Page 5

be used as a summary of or support for the
opinions; the **qualifications** of the witness,
including a list of all **publications** authored by
the witness within the preceding ten years; the
**compensation** to be paid for the study and
testimony; and a **listing of any other cases** in
which the witness has testified as an expert at
trial or by deposition within the preceding four
years."    Rule 26(a)(2)(B) Fed. R. Civ. P.
(emphasis ours).

### DISPOSITIVE MOTIONS

The deadline for submitting dispositive motions, if any, to
opposing counsel in accordance with the procedure set forth in the
STANDING ORDER - PROCEDURE FOR FILING DISPOSITIVE MOTIONS IN CIVIL
TRIALS ASSIGNED TO JUDGE RAYMOND L. ACOSTA, issued on May 19, 1998,
is **January 28, 2000.**

### FAILURE TO COMPLY

Counsel are admonished that the failure to comply with the terms
of this Order may result in the imposition of sanctions upon the
party and/or counsel personally, including but not limited to the

CIVIL NO. 97-1381 (RLA)                                      Page 6

payment of reasonable expenses and/or the striking of claims, defenses or witnesses.

### PRETRIAL AND TRIAL SETTINGS

A JURY TRIAL in these proceedings shall commence on **February 22, 2000, at 9:30 a.m.**

A PRETRIAL/SETTLEMENT CONFERENCE is hereby scheduled for **February 15, 2000, at 3:30 p.m.** Counsel for the parties shall appear prepared to discuss settlement negotiations in earnest with the necessary authority from their respective clients.

### PRETRIAL ORDER

A PROPOSED JOINT PRETRIAL ORDER shall be filed **on or before February 8, 2000.**[1] Once approved by the Court, the Proposed Joint Pretrial Order may be modified only upon a showing of good cause.

The PROPOSED JOINT PRETRIAL ORDER shall set forth the following:

I.    **Nature of the Case**

A statement of the nature of the case agreed upon by all parties. In the event that the parties cannot agree upon a single description, separate versions shall be submitted.

_____

[1] A courtesy copy shall be delivered directly to the chambers of the undersigned.

CIVIL NO. 97-1381 (RLA)                                          Page 7

1  _____

2
       II.    Theories of the Parties
3
               Each party shall present concisely its pertinent
4
   legal theories including applicable citations to statutes and
5
   caselaw.   Counsel are directed to fully disclose all trial
6
   issues since the Proposed Joint Pretrial Order will supersede
7
   the pleadings in establishing the issues to be heard and
8
   considered at trial.
9

10     III.   Admitted Facts
11
               The parties shall provide a comprehensive listing of
12
   all admitted or stipulated facts.
13

14     IV.    Contested Facts
15
               The parties shall provide a listing of contested
16
   facts.
17

18     V.     List of Exhibits
19
               This section shall contain a listing of all exhibits
20
   which have been pre-marked/numbered.   Each exhibit shall be
21
   identified by a descriptive title as well as its identification
22
   number.  The parties shall indicate which exhibits, if any, are
23
   not objected to by opposing counsel.  An additional copy of all
24
   documents intended to be used at trial shall also be furnished
25

26

AO 72
(Rev 8/82)

CIVIL NO. 97-1381 (RLA)                                    Page 8

to the undersigned in accordance with the STANDING ORDER FOR CIVIL TRIALS issued by the undersigned on **February 10, 1994.**

## VI.  Depositions

The party wishing to use deposition testimony at trial shall list the depositions.  Additionally, designations and objections shall be submitted in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994.**

## VII.  Witnesses

Each party shall identify witnesses to be presented at trial and include a brief, one paragraph, offer of proof.

## VIII. Expert Witnesses

When applicable, each party shall list its expert witness and include his/her curriculum vitae and an offer of proof.  If an expert report has been produced, THE REPORT SHALL BE SUBMITTED IN CONJUNCTION WITH THE OFFER OF PROOF.

## IX.  Itemized Statement of Special Damages

In the event that the issue of special damages may arise, an itemized statement of special damages shall be incorporated into the Proposed Joint Pretrial Order.  The party or parties not in

**CIVIL NO. 97-1381 (RLA)** **Page 9**

agreement with the proposed statement shall include its/their opposition in this section.

**X.    Estimated Length of Trial**

Parties shall indicate the estimated length of trial.

Counsel are hereby admonished that the failure to comply with any of the terms of this Order may result in the imposition of sanctions upon them personally and/or dismissal of the action, as the Court deems appropriate.

**STANDING ORDER**

The parties shall also file a TRIAL BRIEF[2] no later than **February 18, 2000**, in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**. The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[2]    Courtesy copy shall be delivered directly to the chambers of the undersigned.

AO 72
(Rev 8/82)

CIVIL NO. 97-1381 (RLA)                                    Page 10

_____

**SUMMARY OF DEADLINES**

10/08/99      Deadline for plaintiffs to provide glass shard to
              opposing counsel

10/22/99      Deadline for plaintiffs to provide MR. SERVICE's
              expert report

10/29/99      Deadline for plaintiffs to provide report(s) of other
              expert(s)

10/29/99      Deadline for parties to propound written discovery

11/15/99      Deadline for defendants to provide expert report(s)

11/30/99      Deadline for deposition of plaintiffs' expert(s)

11/30/99      Deadline for fact witnesses depositions

12/15/99      Deadline for deposition of defendants' expert(s)

01/28/00      Deadline for serving dispositive motions, if any, in
              accordance with Standing Order

02/08/00      Deadline for filing of Joint Pretrial Order

02/15/00      PRETRIAL/SETTLEMENT CONFERENCE **at 3:30 p.m.**

02/18/00      Deadline for filing of Trial Briefs

02/22/00      JURY TRIAL **at 9:30 a.m.**