UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 28 AM 8 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RANGEL VAZQUEZ APONTE et al.,

V.                              CIVIL NO. 97-1381 (RLA)

ANCHOR GLASS CONTAINER et al.,

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/22/99<br>Docket #95<br><br>[X] Plaintiffs<br><br>Title: Motion Requesting Extension of Time | **GRANTED.** Counsel is strongly admonished that the Court will not consent to further delays in these already protracted proceedings. |

October 27, 1999             RAYMOND L. ACOSTA
Date                         U.S. District Judge

Rec'd:          EOD:

By:             #96