UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RANGEL VAZQUEZ APONTE et al.,

V.                              CIVIL NO. 97-1381 (RLA)

ANCHOR GLASS CONTAINER et al.,

<u>O R D E R</u>

| MOTION | RULING |
|---|---|
| Filed: 11/15/99  Docket #100<br>[X] OWENS-BROCKWAY<br><br>Title: Motion for Leave to Supplement Expert Information | GRANTED as requested. |
| Filed: 11/15/99  Docket #99<br>[X] OWENS-BROCKWAY<br><br>Title: Motion in Compliance with Order | NOTED. |
| Filed: 11/11/99  Docket #98<br>[X] PLAINTIFFS<br><br>Title: Motion Withdrawing Expert | NOTED. Plaintiffs are admonished that the reports of experts other than those identified in the Joint ISC Memorandum were due on October 29, 1999. <u>See</u> Minutes and Order... (docket No. 94, filed on September 30, 1999). |

December 7, 1999        by  RAYMOND L. ACOSTA
      Date                    U.S. District Judge

Rec'd:          EOD:

By:          #
                /02

3