UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB -7 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RANGEL VAZQUEZ APONTE et al.,

V.                              CIVIL NO.  97-1381 (RLA)

ANCHOR GLASS CONTAINER et al.,


O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/28/00<br>Docket #105<br><br>[X] Def. Owens-Brockway Glass Container, Inc.<br><br>Title: Notice of Service of Dispositive Motion | NOTED. In the event plaintiffs' opposition is not notified within the time frame envisioned in the Standing Order, defendant shall file its dispositive motion for the Court's consideration without the benefit of the opposition. |

February 3 , 2000          RAYMOND L. ACOSTA
Date                       U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |
| no | 106 |

3