IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE,
et al.,                          '
                                 '
        Plaintiffs,              '
                                 '
        v.                       '    CIVIL NO. 97-1381 (RLA)
                                 '
OWENS BROCKWAY, INC.,            '
et al.,                          '
                                 '
        Defendants.              '
                                 '
_____  '

**ORDER IN THE MATTER OF JOINDER
BY CODEFENDANT BEVERAGE CANNERS INTERNATIONAL CORP.**

The Motion to Join Motion for Summary Judgment... filed by codefendant BEVERAGE CANNERS INTERNATIONAL CORP. on February 1 , 2000 is disposed of as follows.

Leave to join is hereby **GRANTED**.

Arguments regarding the merits of the summary judgment request will be entertained at the Pretrial Conference scheduled for February 15, 2000.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14ᵗʰ day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge