IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE,
et al.,

    Plaintiffs,

v.

OWENS BROCKWAY, INC.,
et al.,

    Defendants.

ENTERED ON DOCKET
2/15/00 PURSUANT
TO FRCP RULES 58 & 79a

CIVIL NO. 97-1381 (RLA)

## PARTIAL JUDGMENT DISMISSING
## CODEFENDANT OWENS BROCKWAY GLASS CONTAINER, INC.

Based on the arguments set forth by codefendant OWENS BROCKWAY GLASS CONTAINER, INC. which are incorporated herein, the Court finds that plaintiffs have failed to submit evidence indicating that the bottle at issue was manufactured by petitioner.

Accordingly, the Motion for Summary Judgment, filed by OWENS BROCKWAY GLASS CONTAINER, INC. on February 11, 2000 (docket No. 111) is hereby **GRANTED**.

IT IS FURTHER ORDERED AND ADJUDGED that the claims asserted against codefendant BROCKWAY GLASS CONTAINER, INC. be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14 day of February, 2000.

                        RAYMOND L. ACOSTA
                      United States District Judge

AO 72
(Rev 8/82)

