IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE
et al.,

    Plaintiffs,

v.                      CIVIL NO. 97-1381 (RLA)

OWENS BROCKWAY, INC., et al.,

    Defendants.

### MINUTES AND ORDER OF PRETRIAL/SETTLEMENT CONFERENCE HELD ON FEBRUARY 15, 2000

The parties appeared before the Court on February 15, 2000, from 3:30 p.m. to 5:15 p.m. for a Pretrial/Settlement Conference.

LUIS R. ORTIZ SEGURA, ESQ. and ISABEL GUILLEN BERMUDEZ, ESQ. appeared on behalf of plaintiffs. Co-defendant BEVERAGE CANNERS INTERNATIONAL CORP. ("BEVERAGE CANNERS") was represented by VIRGILIO MENDEZ CUESTA, Esq. Co-defendant OWENS BROCKWAY GLASS CONTAINER, INC. (OWENS) had been excused due to the dismissal of the claims asserted against it pursuant to the Order issued by the Court on February 14, 2000.

Plaintiffs informed the Court that they had been involved in settlement negotiations with OWENS up until the Court granted codefendant's motion for summary judgment motion the previous day.

AO 72
(Rev 8/82)

**CIVIL NO. 97-1381 (RLA)**                                              **Page 2**

---

The Court discussed the merits the remaining defendant's joinder of OWENS' summary judgment motion; the evidence available to plaintiffs to establish the liability of BEVERAGE CANNERS, and settlement possibilities.

After receiving a proposed settlement offer from BEVERAGE CANNERS, plaintiffs advised that they would recommend the offer to their clients immediately in light of the impending trial scheduled for February 20, 2000 and would advise the Court by phone of their response **no later than February 17, 2000.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of February, 2000.

*[signature]*

RAYMOND L. ACOSTA
United States District Judge