IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE
et al.,

    Plaintiffs,

v.                                    CIVIL NO. 97-1381 (RLA)

OWENS BROCKWAY, INC., et al.,

    Defendants.

### ORDER VACATING TRIAL
### AND DIRECTING PARTIES TO FILE SETTLEMENT STIPULATION

The parties having advised the Court that a settlement has been reached in this action, it is

HEREBY ORDERED that the TRIAL set for FEBRUARY 22, 2000 is hereby **VACATED**.[1]

IT IS FURTHER ORDERED that the parties shall file the pertinent settlement stipulation **on or before February 29, 2000.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of February, 2000.

                RAYMOND L. ACOSTA
              United States District Judge

---

[1] Plaintiffs' Urgent Motion Requesting Extension of Time..., filed on February 17, 2000 (**docket No. 118**) is **MOOT**.


AO 72
(Rev 8/82)

