**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**



RANGEL VAZQUEZ APONTE, et al.

     **V.**                                  **CASE NUMBER:** CIVIL 97-1381  (RLA)

ANCHOR GLASS CONTAINER, et al.


<u>O R D E R</u>

| MOTION | RULING |
|---|---|
| ▪ **Date**<br>**Filed:** 3/7/00    **Docket # 121**<br>[X] **Plffs**    [ ] **Defts** | NOTED. Plaintiffs' Motion to Dismiss and/or Settlement Stipulation shall be filed **no later than March 17, 2000.** |
| **Title:** Informative Motion | |

March 8, 2000                    RAYMOND L. ACOSTA
**Date**                          **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 122 |