UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE, et al.

V.

ANCHOR GLASS CONTAINER, et al.

CASE NUMBER: CIVIL 97-1381 (RLA)

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: 3/17/00    Docket # 123<br>[X] **Plffs**    [ ] **Defts**<br><br>Title: Motion For Voluntary Dismissal With Prejudice | GRANTED. |

March 28, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |


