ENTERED ON DOCKET
3/31/00
PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RANGEL VAZQUEZ APONTE,
et al.,

    Plaintiffs,

v.                                              CIVIL NO. 97-1381 (RLA)

ANCHOR GLASS CONTAINER,
et al.,

    Defendants.

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR
'00 MAR 31 AM 7:42

**JUDGMENT**

The Court having granted plaintiffs' Motion For Voluntary Dismissal With Prejudice (**docket No. 123**) through order issued on this same date; it is

HEREBY ORDERED and ADJUDGED that the complaint filed in this case be and the same is hereby DISMISSED WITH PREJUDICE without the imposition of costs and attorneys' fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of March, 2000.

                RAYMOND L. ACOSTA
              United States District Judge



AO 72
(Rev 8/82)